UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CV-80840-WPD

ADONIS BATISTA,

    Plaintiff,

v.

PALM BEACH COUNTY
SHERIFF'S OFFICE, et al.,

    Defendants.

_____/

### ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

THIS CAUSE is before the Court on Defendants Agent Steven Septien, Agent Eddie Warren, and Sergent David Vitola's Motion for Summary Judgment [DE 89]; and the February 4, 2026 Report and Recommendation of Magistrate Judge Ellen F. D'Angelo [DE 108] (the "Report"). The Court notes that no objections to the Report [DE 108] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 108] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 108] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    The Report [DE 108] is hereby **ADOPTED** and **APPROVED**;

2. Defendants' Motion for Summary Judgment [DE 89] is **GRANTED** based on their qualified immunity for Plaintiff's excessive force claim;

3. Pursuant to Fed. R. Civ. P. 58(a), the Court will enter a separate final judgment.

4. The Clerk shall mail a copy of this order to the Plaintiff.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of February, 2026.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Adonis Batista, *pro se*